**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **Shohnazar Samariddin Ugli Khomurodov,** <br> **Petitioner,** | **CIVIL ACTION** |
| **v.** | |
| **Jamal L. Jamison and John Rife,** <br> **Respondents.** | **NO.  26-4085** |

**O R D E R**

**AND NOW**, this 18th day of June, 2026, in light of the Government's Certification of

Compliance with the Court's Order (ECF No. 7), **IT IS HEREBY ORDERED** that the Clerk of

Court **SHALL TERMINATE** the above-captioned action and mark it as **CLOSED**.


                    **BY THE COURT:**


                    **S/ WENDY BEETLESTONE**

                    _____

                    **WENDY BEETLESTONE, C.J.**